**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 02-7623**

---

In Re: CHARLIE PATTERSON TAYLOR,

                                        Petitioner.

---

On Petition for Writ of Prohibition.
(CR-99-99)

---

Submitted: February 26, 2003        Decided:  March 12, 2003

---

Before WIDENER, MOTZ, and TRAXLER, Circuit Judges.

---

Petition denied by unpublished per curiam opinion.

---

Charlie Patterson Taylor, Petitioner Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Charlie Patterson Taylor filed this petition for a writ of prohibition asking this court to direct the district court to file his civil complaint. The district court entered a final order denying relief on Taylor's action and related motions on November 1, 2002. Accordingly, this petition is now moot. Although we grant Taylor's motion to proceed in forma pauperis, we deny the petition for a writ of prohibition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED

2